# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-2274
_____

United States of America

*Plaintiff - Appellee*

v.

Robin Ray Keith

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: April 15, 2022
Filed: July 27, 2022
[Unpublished]
_____

Before SHEPHERD, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Robin Keith, who pleaded guilty to possession with the intent to distribute methamphetamine, received a 292-month prison sentence. *See* 21 U.S.C. § 841(a)(1), (b)(1)(A). He argues that the sentence is unreasonably long in light of the mitigating factors he presented.

We conclude the sentence is substantively reasonable. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (reviewing the substantive reasonableness of a sentence for an abuse of discretion); *see also United States v. Washington*, 893 F.3d 1076, 1080 (8th Cir. 2018) (explaining that a sentence within the advisory range is presumptively reasonable). The record establishes that the district court[1] sufficiently considered the statutory sentencing factors, including various mitigating and aggravating circumstances. *See* 18 U.S.C. § 3553(a). Among them were Keith's difficulties with addiction and his mental health, even though the court placed greater weight on the potential danger Keith posed to the public and the "serious drug quantities" he distributed. Just because Keith would have weighed these factors differently does not mean the court abused its discretion. *See United States v. Hall*, 825 F.3d 373, 375 (8th Cir. 2016) (per curiam).

We accordingly affirm the judgment of the district court.

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.